1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF CALIFORNIA
8

9  YASIR ROUSAN,                      )    No. CIV-S 08-1304 AWI GSA
                                      )
10         Plaintiff,                 )    JOINT STIPULATION AND ORDER RE:
                                      )    DISMISSAL
11    v.                              )
                                      )
12 Michael Chertoff, Secretary of Homeland )
   Security, et al.                   )
13                                    )
           Defendants.                )
14  _____  )

15

16     This is an immigration case in which plaintiff has challenged the delay in the adjudication of

17 his application to adjust status to that of permanent resident by U.S. Citizenship and Immigration

18 Services (CIS).  During the pendency of this lawsuit, CIS granted the application for adjustment

19 of status.  Accordingly, this lawsuit is moot, and the parties stipulate to dismissal.

20
   Dated: October 31, 2008
21                                         McGREGOR W. SCOTT
                                           United States Attorney
22

23
                                   By:   /s/Audrey Hemesath
24                                       Audrey B. Hemesath
                                         Assistant U.S. Attorney
25                                       Attorneys for the Defendants

26
                                   By:   /s/ Erich Gerard Keefe
27                                       Erich Gerard Keefe
                                         Attorney for the Plaintiff
28

                                      -1-

1

2
ORDER

3    The parties seek dismissal of this action.  Rule 41(a) of the Federal Rules of Civil Procedure.

4  Rule 41(a)(1), in relevant part, reads:

5       an action may be dismissed by the plaintiff without order of court (i) by filing a notice of
        dismissal at any time before service by the adverse party of an answer or of a motion for
6       summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal
        signed by all parties who have appeared in the action. Unless otherwise stated in the
7       notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice
        of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has
8       once dismissed in any court of the United States or of any state an action based on or
        including the same claim.

9

10  Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an

11  answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,

12  although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan

13  Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.

14  1986).  Because Plaintiff has filed a stipulation for dismissal that is signed by all parties who

15  have made an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii).

16    Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the

17  Court is DIRECTED to close this case in light of the parties' filed and signed Stipulation For

18  Dismissal.

19

20  IT IS SO ORDERED.

21  **Dated:    December 1, 2008**                        **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28