| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>United States Attorney<br>2  AUDREY B. HEMESATH<br>Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>Sacramento, California 95814<br>4  Telephone: (916) 554-2729 | FILED<br><br>DEC - 8 2008<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY CLERK |

5  Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR ROUSAN,<br><br>  Plaintiff,<br><br>  v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>  Defendants. | No. CIV-S 08-1304 AWI GSA<br><br>JOINT STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application to adjust status to that of permanent resident by U.S. Citizenship and Immigration Services (CIS). During the pendency of this lawsuit, CIS granted the application for adjustment of status. Accordingly, this lawsuit is moot, and the parties stipulate to dismissal.

Dated: October 31, 2008

                          McGREGOR W. SCOTT
                          United States Attorney

            By:   /s/Audrey Hemesath
                    Audrey B. Hemesath
                    Assistant U.S. Attorney
                    Attorneys for the Defendants

            By:   /s/ Erich Gerard Keefe
                    Erich Gerard Keefe
                    Attorney for the Plaintiff

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is DISMISSED.

IT IS SO ORDERED.

DATED: 12-5-08

UNITED STATES DISTRICT JUDGE